UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

In re:

HUU PHU LE
LAN T. LAM,

Debtors

Chapter 7
Case No. 20-10763-JEB

## AGREED TO MOTION TO WAIVE DISCHARGE

I, Huu Phu Le, a Debtor in the above-entitled matter, hereby voluntarily waive my discharge.

Huu Phu Le

By his counsel:

Dated: July 16, 2020

/s/Daniel W. Murray
Daniel W. Murray, BBO # 346640
Christopher L. Murray, BBO # 693094
Murray Law Offices
39 Union Avenue
Second Floor
Sudbury, MA 01776
978-579-9800
Email: dan@danielmurraylaw.com

This is a voluntary waiver on my part.

Dated: July 16th, 2020

Huu Phu Le

WILLIAM K. HARRINGTON,
UNITED STATES TRUSTEE,
REGION 1

By:    /s/ Paula R. C. Bachtell
Paula R. C. Bachtell BBO#564155
United States Department of Justice
John W. McCormack Post Office & Courthouse

3

5 Post Office Square, 10th Floor, Suite 1000
Boston, MA 02109-3934
PHONE: (617) 788-0406
FAX: (617) 565-6368
Paula.Bachtell@usdoj.gov

Dated: 7/21, 2020.

## CERTIFICATE OF SERVICE

I certify that on 7, 21 2020, I transmitted copies of the foregoing agreed motion to waive discharge on all persons who have filed a notice of appearance in the Court's CM/ECF database, including counsel for the Debtor, Christopher L. Murray, Esq. and Trustee John O. Desmond, Esq. or by U.S. Mail, postage pre-paid, on all creditors and/or parties in interest.

Respectfully submitted,

WILLIAM K. HARRINGTON,
UNITED STATES TRUSTEE,
REGION 1

By: /s/ Paula R. C. Bachtell
Paula R. C. Bachtell BBO#564155
United States Department of Justice
John W. McCormack Post Office & Courthouse
5 Post Office Square, 10th Floor, Suite 1000
Boston, MA 02109-3934
PHONE: (617) 788-0406
FAX: (617) 565-6368
Paula.Bachtell@usdoj.gov

**BY CM/ECF**

Stewart F. Grossman
Trustee

**By US Mail**

Huu Phu Le
30 Franklin Street
Unit 422
Malden, MA 02148

Lan T. Lam
30 Franklin Street
Unit 422
Malden, MA 02148

3

**IRS**
PO Box 9112
Attn: Special Procedures, Room 800
Boston, MA 02203

**MDOR**
PO Box 9564 (Bankr. Unit)
100 Cambridge Street
Boston, MA 02114

**MDET**
19 Staniford Street
Boston, MA 02114

(attached creditor list)

3

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0101-1<br>Case 20-10763<br>District of Massachusetts<br>Boston<br>Thu Jul  9 12:31:20 EDT 2020 | Boston<br>U. S. Bankruptcy Court<br>J.W. McCormack Post Office & Court House<br>5 Post Office Square, Suite 1150<br>Boston, MA 02109-3945 | Amex/dsnb<br>Po Box 8218<br>Mason, OH 45040-8218 |
| (p)BANK OF AMERICA<br>PO BOX 982238<br>EL PASO TX 79998-2238 | Barclays Bank Delaware<br>P.o. Box 8803<br>Wilmington, DE 19899-8803 | Blue Tarp reDevelopment, LLC<br>d/b/a MGM Springfield<br>One MGM Way<br>Springfield, MA 01103-2134 |
| (p)BYLINE BANK<br>ATTN PAYROLL/K WALTERS<br>180 N LASALLE ST<br>SUITE 300<br>CHICAGO IL 60601-3110 | Citi<br>Po Box 6217<br>Sioux Falls, SD 57117-6217 | Citicards Cbna<br>Po Box 6217<br>Sioux Falls, SD 57117-6217 |
| Discover Fin Svcs Llc<br>Pob 15316<br>Wilmington, DE 19850-5316 | Foxwoods Resort Casino<br>350 Trolley Line Boulevard<br>PO BOX 3777<br>Mashantucket, CT 06338-3777 | HSBC<br>PO BOX 15521<br>Wilmington, DE 19850-5521 |
| Hsbc Bank<br>Po Box 2013<br>Buffalo, NY 14240-2013 | Jane L. Mantolesky, Esq.<br>Fitzgerald Attorneys at Law, P.C.<br>46 Center Square<br>East Longmeadow, MA 01028-2447 | (p)JPMORGAN CHASE BANK N A<br>BANKRUPTCY MAIL INTAKE TEAM<br>700 KANSAS LANE FLOOR 01<br>MONROE LA 71203-4774 |
| Knight Capital Funding<br>110 SE 6th Street #700<br>Fort Lauderdale, FL 33301-5002 | Macys/dsnb<br>Po Box 8218<br>Mason, OH 45040-8218 | PAIRINGS WINE AND FOOD, INC.<br>600 MAIN STREET<br>Winchester, MA 01890-4397 |
| Quicken Loans<br>1050 Woodward Ave<br>Detroit, MI 48226-1906 | RAY LAURIE<br>600 MAIN STREET<br>Winchester, MA 01890-4397 | Tdrcs/tourneau<br>1000 Macarthur Bv<br>Mahwah, NJ 07430-2035 |
| Tiffany & Co.<br>727 Fifth Avenue<br>New York, NY 10022-2580 | Twin River Casino Hotel<br>100 Twin River Road<br>Lincoln, RI 02865-4835 | U.S. Small Business Administration<br>409 3rd Street, SW<br>Washington, DC 20416-0005 |
| Christopher L. Murray<br>Law Office of Daniel W. Murray<br>39 Union Avenue<br>Sudbury, MA 01776-2263 | Daniel W. Murray<br>Murray Law Offices<br>39 Union Avenue<br>Second Floor<br>Sudbury, MA 01776-2263 | Huu Phu Le<br>30 Franklin Street<br>Unit 422<br>Malden, MA 02148-4140 |
| John Fitzgerald<br>Office of the US Trustee<br>J.W. McCormack Post Office & Courthouse<br>5 Post Office Sq., 10th Fl, Suite 1000<br>Boston, MA 02109-3901 | Lan T. Lam<br>30 Franklin Street<br>Unit 422<br>Malden, MA 02148-4140 | Stewart F. Grossman<br>Arent Fox LLP<br>Prudential Tower<br>800 Boylston Street<br>32nd Floor<br>Boston, MA 02199-7637 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Bank Of America
Po Box 982238
El Paso, TX 79998

(d)Bk Of Amer
Po Box 982238
El Paso, TX 79998

Byline Bank
180 North LaSalle Street
Chicago, IL 60601

Jpmcb Auto
P.o. Box 901003
Fort Worth, TX 76101

(d)Jpmcb Card
Po Box 15369
Wilmington, DE 19850

End of Label Matrix
Mailable recipients    29
Bypassed recipients     0
Total                  29