United States Bankruptcy Court
District of Massachusetts

In re:  
Huu Phu Le  
Lan T. Lam  
    Debtors

Case No. 20-10763-jeb  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0101-1    User: cmartin    Page 1 of 1    Date Rcvd: Aug 14, 2020  
    Form ID: pdf012    Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 16, 2020.  
db    +Huu Phu Le,   30 Franklin Street,   Unit 422,   Malden, MA 02148-4140  
aty    +Stewart F. Grossman,   Arent Fox LLP,   800 Boylston Street,   Boston, MA 02199-1900

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.    TOTAL: 0

    ***** BYPASSED RECIPIENTS *****  
NONE.    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 16, 2020    Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 14, 2020 at the address(es) listed below:  
    Adam J. Ruttenberg    on behalf of Trustee Stewart F. Grossman adam.ruttenberg@arentfox.com  
    Christopher L. Murray    on behalf of Debtor Huu Phu Le chris@danielmurraylaw.com  
    Christopher L. Murray    on behalf of Joint Debtor Lan T. Lam chris@danielmurraylaw.com  
    Daniel W. Murray    on behalf of Joint Debtor Lan T. Lam dan@danielmurraylaw.com  
    Daniel W. Murray    on behalf of Debtor Huu Phu Le dan@danielmurraylaw.com  
    John Fitzgerald    USTPRegion01.BO.ECF@USDOJ.GOV  
    Paula R.C. Bachtell    on behalf of Assistant U.S. Trustee John Fitzgerald paula.bachtell@usdoj.gov  
    Stewart F. Grossman    stewart.grossman@arentfox.com, ma16@ecfcbis.com;sfgrossman@ecf.axosfs.com;trustee@pbl.com  
    TOTAL: 8

Allowed.

/s/ Jans E. Bostwick
Dated: 8/14/2020

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

In re:

HUU PHU LE
LAN T. LAM,

        Debtors

Chapter 7
Case No. 20-10763-JEB

## AGREED TO MOTION TO WAIVE DISCHARGE

I, Huu Phu Le, a Debtor in the above-entitled matter, hereby voluntarily waive my discharge.

Huu Phu Le

By his counsel:

Dated: July 16, 2020

/s/Daniel W. Murray
**Daniel W. Murray**, BBO # 346640
**Christopher L. Murray**, BBO # 693094
Murray Law Offices
39 Union Avenue
Second Floor
Sudbury, MA 01776
978-579-9800
Email: dan@danielmurraylaw.com

This is a voluntary waiver on my part.

Dated: July 16th, 2020

Huu Phu Le

WILLIAM K. HARRINGTON,
UNITED STATES TRUSTEE,
REGION 1

By:  /s/ Paula R. C. Bachtell
Paula R. C. Bachtell BBO#564155
United States Department of Justice
John W. McCormack Post Office & Courthouse

3