UNITED STATES BANKRUPTCY COURT
FOR THE
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| In re | ) | |
| | ) | |
| HUU PHU LE | ) | Case No.20-10763-JEB |
| and LAN T. LAM | ) | Chapter 7 |
| | ) | |
| | ) | |
| Debtors. | ) | |
| | ) | |

RESIGNATION OF CHAPTER 7 TRUSTEE AND ACCOUNTING OF FUNDS

Stewart F. Grossman, Chapter 7 Trustee in the above-captioned case, hereby resigns as Trustee and makes the following accounting.

1. The Trustee was appointed on March 16, 2020.
2. I have administered assets in this case and as of this date the estate had a bank account balance of $25,000.00.
3. The Trustee will promptly turn over to the successor trustee appointed by the U.S. Trustee the balance of funds on hand, all financial records for the estate, and the Trustee's related files.

Dated: December 28, 2020

/s/ Stewart F. Grossman
Arent Fox LLP
800 Boylston Street, 32nd Floor
Boston, MA  02199
617-973-6278
Stewart.grossman@arentfox.com

## CERTIFICATE OF SERVICE

      I, Stewart F. Grossman, hereby certify that on this date, December 28, 2020, I served a true and correct copy of the foregoing **RESIGNATION OF CHAPTER 7 TRUSTEE AND ACCOUNTING OF FUNDS** by mailing a copy of the same by first class mail, postage prepaid, as indicated below to the parties list on the attached Service List or via the Court's CM/ECF System.

      /s/ Stewart F. Grossman
Stewart F. Grossman, Chapter 7 Trustee
ARENT FOX LLP
Prudential Tower
800 Boylston Street
Boston, MA 02199
(617) 973-6100
stewart.grossman@arentfox.com

Huu Phu Le
30 Franklin Street
Unit 422
Malden, MA 02148

Lan T. Lam
30 Franklin Street
Unit 422
Malden, MA 02148

Christopher L. Murray
Law Office of Daniel W. Murray
39 Union Avenue
Sudbury, MA 01776
Email: chris@danielmurraylaw.com

Daniel W. Murray
Murray Law Offices
39 Union Avenue
Second Floor
Email: dan@danielmurraylaw.com