UNITED STATES BANKRUPTCY COURT

DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| In re | ) | |
| | ) | |
| HUU PHU LE and | ) | Chapter 7 |
|     LAN T. LAM, | ) | Case No. 20-10763-JEB |
| | ) | |
|     Debtors. | ) | |
| | ) | |

# **TRUSTEE'S OBJECTION TO CLAIM OF BYLINE BANK**

John O. Desmond, Chapter 7 Trustee (the "Trustee") of the above-captioned estate, hereby objects to the proof of claim filed by Byline Bank. The details of such objection are set forth below:

Claimant: Byline Bank

Claim No: 11

Amount: $274,493.00 as a secured claim and $160,495.56 as an unsecured nonpriority claim.

Basis for Objection: This claim is secured by the business assets of a nondebtor corporation, HPL Inc., and by a mortgage on the debtors' residence in Malden, Massachusetts. The Trustee did not administer any of this collateral. The claimant ought be paid for the secured portion of its claim from its collateral rather than from the bankruptcy estate.

Recommended Allowance: $160,495.56 as an unsecured nonpriority claim.

      WHEREFORE, the Trustee respectfully requests, pursuant to 11 U.S.C. § 502, that this Court enter an Order allowing the claim of Byline Bank, denominated as Claim No. 11 on the Court's claims register, as an unsecured nonpriority claim only, and granting such other relief as is just and proper.

                                Respectfully submitted,

                                JOHN O. DESMOND,
                                  CHAPTER 7 TRUSTEE,

                                By his attorneys,

                                /s/ Adam J. Ruttenberg
                                Adam J. Ruttenberg, BBO 553158
                                ARENT FOX LLP
                                Prudential Tower
                                800 Boylston Street
                                Boston, MA  02199
                                (617) 973-6100
                                adam.ruttenberg@arentfox.com

Dated:  April 12, 2021